RECEIVED
2011 SEP 22 P 2: 22
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HITTLER AND RITA HITTLER<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al,<br><br>Defendant. | CASE NO. 5:11-cv-02336-LHK<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Stephanie D. Cope, whose business address and telephone number is

King & Spalding, 1180 Peachtree Street, Atlanta, Georgia 30309
404-572-4600

and who is an active member in good standing of the bar of Georgia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Equifax Information Services LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   September 27, 2011

*Lucy H. Koh*
United States District Judge