Case5:11-cv-02336-LHK Document54 Filed01/12/12 Page1 of 4

Karen Butler Reisinger, Esq. (IN #21795-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: kreisinger@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN HITTLER and RITA HITTLER,
Plaintiffs,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, L.L.C.; and EQUIFAX INFORMATION SERVICES, L.L.C.
Defendants.

CASE NO. 5:11-cv-02336-LHK

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiffs John Hittler and Rita Hittler ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that due to holiday vacation schedules and counsel schedules on other matters, Plaintiffs and Trans Union have

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

Page 1 of 4

Case5:11-cv-02336-LHK Document54 Filed01/12/12 Page2 of 4

been unable to finalize all of the settlement documents necessary to effectuate the settlement between them. Plaintiffs and Trans Union expect they will be able to complete such documents no later than January 25, 2012.

Therefore, Plaintiffs and Trans Union stipulate and agree that the Court should extend the current deadline of January 11, 2012, for filing a Stipulation Of Dismissal as to Trans Union only on or before January 25, 2012.

IT IS SO STIPULATED.

Respectfully submitted,

Date: January 11, 2012

*/s/Rizza Gonzales, (with consent)*

Rizza Gonzales, Esq.
Century Law Group LLP
5200 W. Century Blvd., Ste. 345
Los Angeles, CA 90045
Telephone: 310-642-6900
Fax: 310-642-6910
E-Mail: Gonzales@centurylawgroup.com

*Counsel for John Hittler and Rita Hittler*

Date: January 11, 2012

*/s/Karen Butler Reisinger*

Karen Butler Reisinger, Esq. (IN #21795-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

Page 2 of 4

Case5:11-cv-02336-LHK Document54 Filed01/12/12 Page3 of 4

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

Page 3 of 4

Case5:11-cv-02336-LHK Document54 Filed01/12/12 Page4 of 4

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs John Hittler and Rita Hittler and Defendant Trans Union, LLC shall file a Stipulation Of Dismissal as to Trans Union, LLC only on or before January 25, 2012.

Date: January 12, 2012

Lucy H. Koh
United States District Judge

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Thomas P. Quinn
tquinn@nokesquinn.com

Stephanie D. Cope
scope@kslaw.com

Katherine Anne Klimkowski
kaklimkowski@jonesday.com

Karen Butler Reisinger, Esq.
kreisinger@schuckitlaw.com

Michael W. Bien, Esq.
mbien@rbg-law.com

Blake Thompson, Esq.
bthompson@rbg-law.com

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

Page 4 of 4