1   Katherine A. Klimkowski (SBN 263099)
    kaklimkowski@jonesday.com
2   JONES DAY
    3161 Michelson Drive
3   Suite 800
    Irvine, CA 92612
4   Telephone:  (949) 851-3939
    Facsimile:   (949) 553-7539
5
    Attorneys for Defendant
6   EXPERIAN INFORMATION
    SOLUTIONS, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12   JOHN HITTLER, an individual, and RITA        Case No. 5:11-cv-02336-LHK
     HITTLER, an individual,
13                                                 **STIPULATION AND [~~PROPOSED~~]**
                        Plaintiffs,                **ORDER TO EXTEND DEADLINE TO**
14                                                 **FILE STIPULATION OF DISMISSAL**
          v.                                       **WITH PREJUDICE BETWEEN**
15                                                 **PLAINTIFFS AND DEFENDANT**
     EXPERIAN INFORMATION SOLUTIONS,               **EXPERIAN INFORMATION**
16   INC.; TRANS UNION L.L.C.; EQUIFAX             **SOLUTIONS, INC.**
     INFORMATION SERVICES, L.L.C.;
17
                        Defendants.
18

19

20        IT IS HEREBY STIPULATED by and between Plaintiffs John Hittler and Rita Hittler

21   ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), collectively (the

22   "Parties") that they will need time to finalize all of the settlement documents necessary to

23   effectuate settlement between them.  Plaintiffs and Experian have reached an agreement on all

24   material terms required to settle all of Plaintiffs' claims against Experian pending in this action.

25        Plaintiffs and Experian expect that they will be able to complete such documents no later

26   than February 7, 2012.  Therefore, Plaintiffs and Experian stipulate and request that the Court

27   extend the current deadline of January 17, 2012, for filing a Stipulation Of Dismissal as to

28   Experian only on or before February 7, 2012.

1    IT IS SO STIPULATED.

2

3    Dated: January 13, 2012                    Respectfully submitted,

4                                               JONES DAY

5

6                                               By: */s/ Katherine A. Klimkowski*
                                                    Katherine A. Klimkowski
7
                                               Attorney for Defendant
8                                               EXPERIAN INFORMATION SOLUTIONS,
                                               INC.
9

10   Dated: January 13, 2012                    Respectfully submitted,

11                                              CENTURY LAW GROUP LLP

12

13                                              By: */s/ Rizza D. Gonzales*
                                                    Rizza D. Gonzales
14
                                               Attorney for Plaintiffs
15                                              JOHN HITTLER and RITA HITTLER

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                               Case No. 5:11-cv-02336-LHK

1      PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiffs John Hittler

2 and Rita Hittler and Defendant Experian Information Solutions, Inc. shall file a Stipulation Of

3 Dismissal as to Experian only on or before February 7, 2012.

4

5 Dated: _____January 18_____, 2012        *Lucy H. Koh*

6                 HON. LUCY KOH
                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 5:11-cv-02336-LHK