| | |
|---|---|
| 1 | THOMAS P. QUINN (State Bar No. 132268) |
| | NOKES & QUINN |
| 2 | 410 BROADWAY, SUITE 200 |
| | LAGUNA BEACH, CA 92651 |
| 3 | Tel: (949) 376-3500 |
| | Fax: (949) 376-3070 |
| 4 | Email: tquinn@nokesquinn.com |
| 5 | Stephanie Cope (*pro hac vice*) |
| | KING & SPALDING LLP |
| 6 | 1180 PEACHTREE ST, N.E. |
| | ATLANTA, GA 30309 |
| 7 | Tel: (404) 572-4600 |
| | Fax: (404) 572-5100 |
| 8 | |
| | Attorneys for Defendant EQUIFAX |
| 9 | INFORMATION SERVICES LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN HITTLER, and individual, and RITA HITTLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No: CV-11-02336 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiffs John Hittler and Rita Hittler ("Plaintiffs"), by counsel, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that due to holiday vacation schedules and counsel's schedules on other matters, Plaintiffs and Equifax have been unable to finalize the settlement documents necessary to effectuate the dismissal of this matter.

Plaintiffs and Equifax anticipate that they will be able to complete the settlement documents no later than January 31, 2012.

Therefore, Plaintiffs and Equifax stipulate and agree that the Court should extend the current deadline of January 17, 2012 for filing a Stipulation of Dismissal as to Equifax only on or before January 31, 2012.

IT IS SO STIPULATED.

                    Respectfully submitted,

Date: January 17, 2012         CENTURY LAW GROUP LLP

                    */s/ Rizza Gonzales (w/ consent)*
                    Rizza Gonzales, Esq.
                    5200 W. Century Blvd., Suite 345
                    Los Angeles, CA 90045
                    Tel: (310) 642-6900
                    Fax: (310) 642-6910

                    Attorneys for Plaintiffs JOHN AND RITA HITTLER

                    KING & SPALDING LLP

Date: January 17, 2012         */s/ Stephanie Cope*
                    Stephanie Cope (*pro hac vice*)
                    KING & SPALDING LLP
                    1180 PEACHTREE ST, N.E.
                    ATLANTA, GA 30309
                    Tel: (404) 572-4600
                    Fax: (404) 572-5100

                    NOKES & QUINN

                    THOMAS P. QUINN, JR.
                    Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

PURSUANT TO STIPUILATION, IT IS SO ORDERED that Plaintiffs John Hittler and Rita Hittler and Defendant Equifax Information Services LLC shall file a Stipulation of Dismissal as to Equifax Information Services LLC only on or before January 31, 2012.

Date: January 18, 2012

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Katherine A. Klimkowski
kaklimskowski@jonesday.com

Karen Butler Reisinger
kreisinger@schuckitlaw.com

Michael W. Bien
mbien@rbg-law.com

Blake Thompson
bthompson@rbg-law.com

Thomas P. Quinn, Jr.
tquinn@nokesquinn.com

Stephanie Cope
scope@kslaw.com