Karen Butler Reisinger, Esq.  (IN #21795-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
            bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN HITTLER and RITA HITTLER,<br>        Plaintiffs,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, L.L.C.; and EQUIFAX<br>INFORMATION SERVICES, L.L.C.<br>        Defendants. | CASE NO. 5:11-cv-02336-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs John Hittler and Rita Hittler, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  January 25, 2012         *s/ Rizza Gonzales (w/ consent)*
Rizza Gonzales, Esq.
Century Law Group LLP
5200 W. Century Blvd., Ste. 345
Los Angeles, CA 90045
Telephone:  310-642-6900
Fax:  310-642-6910
E-Mail:  Gonzales@centurylawgroup.com

*Counsel for John Hittler and Rita Hittler*

Date:  January 25, 2012         *s/ Karen Butler Reisinger*
Karen Butler Reisinger, Esq.  (IN #21795-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
               bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**

|   |   |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiffs John Hittler and Rita Hittler and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. |

Date: January 27, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Thomas P. Quinn
tquinn@nokesquinn.com

Stephanie D. Cope
scope@kslaw.com

Katherine Anne Klimkowski
kaklimkowski@jonesday.com

Karen Butler Reisinger, Esq.
kreisinger@schuckitlaw.com

Michael W. Bien, Esq.
mbien@rbg-law.com

Blake Thompson, Esq.
bthompson@rbg-law.com

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02336-LHK**