Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN HITTLER, an individual, and RITA HITTLER, an individual,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.;

Defendants.

Case No. 5:11-cv-02336-LHK

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED by and between Plaintiffs John Hittler and Rita Hittler ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), collectively (the "Parties") that in order to effectuate settlement between the Parties, they will need additional time to finalize the settlement documents. Plaintiffs and Experian have reached an agreement on all material terms required to settle all of Plaintiffs' claims against Experian pending in this action.

Plaintiffs and Experian expect that they will be able to complete such documents by February 21, 2012. Therefore, Plaintiffs and Experian stipulate and request that the Court extend the current deadline of February 7, 2012, for filing a Stipulation Of Dismissal as to Experian only, on or before February 21, 2012.

IT IS SO STIPULATED.

Dated: February 7, 2012

Respectfully submitted,

JONES DAY

By: */s/ Katherine A. Klimkowski*
Katherine A. Klimkowski

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: February 7, 2012

Respectfully submitted,

CENTURY LAW GROUP LLP

By: */s/ Rizza D. Gonzales*
Rizza D. Gonzales

Attorney for Plaintiffs
JOHN HITTLER and RITA HITTLER


Case5:11-cv-02336-LHK Document62 Filed02/08/12 Page3 of 3

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiffs John Hittler and Rita Hittler and Defendant Experian Information Solutions, Inc. shall file a Stipulation Of Dismissal as to Experian only on or before February 21, 2012.

Any further continuances will be disfavored.

Dated: January 8, 2012

Lucy H. Koh
HON. LUCY KOH
United States District Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Lucy H. Koh
NORTHERN DISTRICT OF CALIFORNIA

IRI-33412v1

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 5:11-cv-02336-LHK