1 | Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
2 | JONES DAY
3161 Michelson Drive
3 | Suite 800
Irvine, CA 92612
4 | Telephone: (949) 851-3939
Facsimile: (949) 553-7539
5 |
Attorneys for Defendant
6 | EXPERIAN INFORMATION
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| JOHN HITTLER, an individual, and RITA HITTLER, an individual, | Case No. 5:11-cv-02336-LHK |
|---|---|
| Plaintiffs, | **EXPERIAN INFORMATION SOLUTIONS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiffs John and Rita Hittler ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiffs' claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear their or its own attorneys' fees and costs incurred herein.

   IT IS SO STIPULATED.

IRI-33931v1

1 | Dated: February 21, 2012 | Respectfully submitted,

JONES DAY

By: /s/ Katherine A. Klimkowski
    Katherine A. Klimkowski

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: February 21, 2012 | Respectfully submitted,

CENTURY LAW GROUP LLP

By: /s/ Rizza D. Gonzales
    Rizza D. Gonzales

Attorney for Plaintiffs
JOHN HITTLER and RITA HITTLER

IT IS SO ORDERED.

Dated: February 22, 2012

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge

IRI-33931v1

- 2 -

EXPERIAN'S STIPULATION FOR
DISMISSAL WITH PREJUDICE
Case No. 5:11-cv-02336-LHK