UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HITTLER, an individual, and RITA HITTLER, an individual,<br><br>               Plaintiffs,<br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.,<br><br>               Defendants. | Case No.: 11-CV-2336-LHK<br><br>ORDER RE DISMISSAL OF EQUIFAX |

On January 18, 2012, pursuant to the parties' stipulation, the Court extended the time for the parties to file a stipulation of dismissal as to Equifax Information Services LLC ("Equifax") to January 31, 2012. ECF No. 58. As of February 23, 2012, the parties had not filed a stipulation of dismissal as to Equifax. By 5:00 p.m. on Friday, February 24, 2012, the parties shall file either a stipulation of dismissal as to Equifax or a joint status report informing the Court when the parties expect to file their stipulation of dismissal as to Equifax.

**IT IS SO ORDERED.**

Dated: February 23, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge