| | |
|---|---|
| 1 | THOMAS P. QUINN (State Bar No. 132268) |
| | NOKES & QUINN |
| 2 | 410 BROADWAY, SUITE 200 |
| | LAGUNA BEACH, CA 92651 |
| 3 | Tel: (949) 376-3500 |
| | Fax: (949) 376-3070 |
| 4 | Email: tquinn@nokesquinn.com |
| 5 | Stephanie Cope (*pro hac vice*) |
| | KING & SPALDING LLP |
| 6 | 1180 PEACHTREE ST, N.E. |
| | ATLANTA, GA 30309 |
| 7 | Tel: (404) 572-4600 |
| | Fax: (404) 572-5100 |
| 8 | |
| | Attorneys for Defendant EQUIFAX |
| 9 | INFORMATION SERVICES LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN HITTLER, and individual, and RITA HITTLER, an individual, | Case No: CV-11-02336 LHK |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | **AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiffs John and Rita Hittler against Defendant Equifax Information Services LLC ("Equifax") are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal herein and to make all such orders and

judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

IT IS SO STIPULATED.

Respectfully submitted,

Date: March 1, 2012

CENTURY LAW GROUP LLP

*/s/ Rizza Gonzales (w/ consent)*
Rizza Gonzales, Esq.
5200 W. Century Blvd., Suite 345
Los Angeles, CA 90045
Tel: (310) 642-6900
Fax: (310) 642-6910

Attorneys for Plaintiffs JOHN AND RITA HITTLER

KING & SPALDING LLP

Date: March 1, 2012

*/s/ Stephanie Cope*
Stephanie Cope (*pro hac vice*)
KING & SPALDING LLP
1180 PEACHTREE ST, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

NOKES & QUINN

THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

The Clerk shall close the file.

SO ORDERED:

Date: March 6, 2012

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT

DISTRIBUTION TO:

Edward O. Lear
lear@centurylawgroup.com

Katherine A. Klimkowski
kaklimskowski@jonesday.com

Karen Butler Reisinger
kreisinger@schuckitlaw.com

Michael W. Bien
mbien@rbg-law.com

Blake Thompson
bthompson@rbg-law.com

Thomas P. Quinn, Jr.
tquinn@nokesquinn.com

Stephanie Cope
scope@kslaw.com